UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

DUKE'S BRIDGE LLC and STANLEY MILLER,

    Plaintiffs,

– against –

GILBER D. BEINHOCKER and LEONARD PHILLIPS,

    Defendants.

ORDER

11-MC-797

JACK B. WEINSTEIN, Senior United States District Judge:

The magistrate judge's report and recommendation on defendant's motion to compel, Doc. Entry 16, Dec. 23, 2012, is adopted. Defendant's motion for contempt against Richard J. Salvato, Doc. Entry 17, Jan. 4, 2012, is respectfully referred to the magistrate judge.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Date: January 5, 2012
      Brooklyn, New York

